OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 12. 2015

PRESORTED FIRST CLASS

5/4/2015
MERU, MARK          Tr. Ct. No. 11-CR-3765-B          WR-83,243-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

MARK MERU
AVALON TRANSITIONAL CENTER
1515 TANCAHUA
CORPUS CHRISTI, TX 78401

U TF